ORDERED.

Dated: May 13, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CASE NO.: 6:14-bk-00983-CCJ

TIARA HATTIE GREEN,

    Debtor.
_____/

ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 6-1

This case came on for consideration of the Debtor's objection to Claim no. 6-1 filed by United Consumer Financial Services (Doc. no. 58.) The Court finds that (a) the debtor properly included the negative notice language contained pursuant to Local Rule 2002-4 and (b) no response has been filed by Portfolio Recovery Associates, LLC and, therefore, the objection should be sustained. Accordingly,

    IT IS ORDERED:

    1.    Objection to Claim no. 1-1 is sustained.

    2.    Claim no. 6-1 filed by United Consumer Financial Services is disallowed in its entirety.

Attorney, Robert H. Pflueger, Esquire is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order